UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS PENSION FUND, *et al.* )  | |
| Plaintiffs, | ) |
| vs. | ) No. 11-3044 |
| SOUTHEASTERN CONSTRUCTION, INC, and CHRISTOPHER J. HIGGINS, Individually, | ) |
| Defendants. | ) |

## OPINION

SUE E. MYERSC0UGH, U.S. District Judge:

The Court now considers Plaintiffs' Motion For Default Judgment (Motion) (d/e 13) pursuant to Fed.R.Civ.P. 55. In support of their motion, Plaintiffs state as follows:

1. The Complaint in this matter was filed on February 16, 2011.

2. On June 15, 2011, Jesse White, Secretary of State, on behalf of Christopher J. Higgins, Registered Agent of Defendant, Southeastern Construction, Inc., was duly served with the Complaint and Summons pursuant to 805 ILCS 5/5.25(b)(1).

3. The Defendant has failed to timely file a responsive pleading.

4. An Order of Default against Southeastern Construction, Inc., was entered on July 26, 2011.

In light of these facts, the Court finds that Plaintiffs are entitled to the fees, costs, and damages listed in the Motion. Specifically, Defendant is ordered to:

A. Pay Plaintiffs $14,899.91 (consisting of delinquent contributions and liquidated damages);

B. Pay Plaintiffs $2,548.96 in attorney's fees and costs as provided by 29 U.S.C. § 1132(g)(2).

Plaintiffs' Motion For Default Judgment (d/e 13) is ALLOWED. This case is CLOSED.

ENTER: August 24, 2011

    FOR THE COURT:

    s/ Sue E. Myerscough
    SUE E. MYERSCOUGH
    UNITED STATES DISTRICT JUDGE